No. A–704. BARONE ET AL. *v.* UNITED STATES. C. A. 11th Cir. Application for recall and stay of mandate, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–728. DAILY LOCAL NEWS CO. *v.* GAWTHROP, JUDGE OF THE COURT OF COMMON PLEAS IN THE FIFTEENTH JUDICIAL DISTRICT OF PENNSYLVANIA, ET AL.; and
No. A–729. PHILADELPHIA NEWSPAPERS, INC. *v.* GAWTHROP, JUDGE OF THE COURT OF COMMON PLEAS IN THE FIFTEENTH JUDICIAL DISTRICT OF PENNSYLVANIA, ET AL. Sup. Ct. Pa. The orders heretofore entered by JUSTICE BRENNAN on March 3, 1983, are vacated and the applications for stay are denied.

No. A–771. WATT, SECRETARY OF THE INTERIOR, ET AL. *v.* COMMUNITY FOR CREATIVE NON-VIOLENCE ET AL. C. A. D. C. Cir. The order heretofore entered by THE CHIEF JUSTICE on March 17, 1983, is continued pending the timely filing and disposition of a petition for writ of certiorari.

' No. D–278. IN RE DISBARMENT OF PAGLIANITE. Disbarment entered. [For earlier order herein, see 458 U. S. 1125.]

No. D–303. IN RE DISBARMENT OF OTIS. Disbarment entered. [For earlier order herein, see 459 U. S. 1082.]